# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

JAMES FRANKLIN FROST, III, )
)
    Petitioner, ) CIVIL ACTION NO. CV205-027
)
v. )
)
UNITED STATES OF AMERICA, ) (Case No.: CR200-47)
)
    Respondent. )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Frost asserts that his claims are not procedurally barred. Frost also asserts for the first time in his Objections that he is actually innocent of being classified as a career offender. Finally, Frost asserts that the question before the Court is the adjudication of his prior burglary offense obtained in the State of Florida.

It appears that Frost is contesting a conviction obtained in the State of Florida which was used to enhance his federal sentence. This Court lacks the authority to determine whether a conviction obtained in a state court is valid. In addition, to the extent Frost alleges that the difference between receiving a second degree felony versus a third degree felony in the State of Florida impacted his sentence, the Magistrate Judge thoroughly discussed this contention in his Report and Recommendation. The undersigned declines to expound upon the Magistrate Judge's discussion.

Frost's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Government's Motion to Dismiss (Doc. No. 3) is **GRANTED**. Frost's Motion for Sentence Modification (Doc. No. 1), filed pursuant to 28 U.S.C.A. § 2255, is **DENIED**. The Clerk is authorized and directed to enter the appropriate judgment.

**SO ORDERED**, this 15th day of August, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

FROST

vs

USA

CASE NUMBER CV205-27

DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/15/05, which is part of the official record of this case.

Date of Mailing: 8/15/05

Date of Certificate  ☒ same date,   or _____

Scott L. Poff, Clerk

By: /s/ Sherry Taylor
Sherry Taylor, Deputy Clerk

**Name and Address**

Amy Lee Copeland
James Frost, 12251-006, USP Big Sandy, P.O. Box 2068, Inez, KY 41224

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate