U.S. ... COURT
... DIV.

... 25 ... 1: 11

J. Fallictorie
... 
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| JAMES FRANKLIN FROST, III,    ) | |
|                       ) | |
|         Petitioner,     ) | CIVIL ACTION NO. CV205-027 |
|                       ) | |
|     v.                ) | |
|                       ) | |
| UNITED STATES OF AMERICA,   ) | (Case No.: CR200-47) |
|                       ) | |
|         Respondent.    ) | |

## O R D E R

James Frost ("Frost") filed a Motion to Vacate his sentence, pursuant to 28 U.S.C.A. § 2255. On June 14, 2005, the undersigned issued a Report in which he recommended that the Government's Motion to Dismiss be granted and Frost's Motion to Vacate his sentence be dismissed due to Frost's untimely filing of his § 2255 motion and because Frost was not entitled to relief pursuant to 18 U.S.C.A. § 3582. (Doc. No. 9.) On August 8, 2005, Frost filed a "Motion for Leave to Amend Pleadings . . ." in this 28 U.S.C.A. § 2255 case. On August 15, 2005, the Honorable Anthony A. Alaimo entered an Order adopting the undersigned's Report and Recommendation as the opinion of the Court and directing the Clerk of the Court to enter the appropriate judgment of dismissal. (Doc. No. 15.) On August 15, 2005, the Clerk of the Court entered a judgment closing this case. (Doc. No. 16.) On August 16, 2005, the Government filed a Response to Frost's Motion to Amend. (Doc. No. 17.)

Upon review of Frost's Motion to Amend and the Government's Response thereto, the Motion (Doc. No. 13) is **DENIED**. There is nothing in the Motion which would alter the judgment of the Court.

**SO ORDERED**, this _25th_ day of _August_ , 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA
        vs.
JAMES FRANKLIN FROST, III

*
*
*
*
*

CASE NO. CV205-27/CR200-47

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER_____ dated 8/25/05_____, which is part of the official records of this case.

Date of Mailing:    8/25/05
Date of Certificate:  8/25/05

SCOTT L. POFF, CLERK

By :    NITA ROSE

NAME:
1. JAMES FRANKLIN FROST, III U.S.P. BIG SANDY BOX 2068 INEZ, KY 41224
2. AMY LEE COPELAND
3. _____
4. _____
5. _____
6. _____
7. _____

Cert/Copy
- ☐ ☒ District Judge
- ☐ ☐ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☐ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds